IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 29 2011
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| DOLORES AREBALO, o/b/o Epiphonio Arebalo, § § § Plaintiff, § § VS. § NO. 4:09-CV-496-A § MICHAEL J. ASTRUE, § COMMISSIONER OF SOCIAL § SECURITY, § § Defendant. § | |

DOLORES AREBALO,                §
o/b/o Epiphonio Arebalo,        §
                                §
            Plaintiff,          §
                                §
VS.                             §  NO. 4:09-CV-496-A
                                §
MICHAEL J. ASTRUE,              §
COMMISSIONER OF SOCIAL          §
SECURITY,                       §
                                §
            Defendant.          §

### ORDER

On October 7, 2010, United States Magistrate Judge Jeffrey L. Cureton issued his proposed findings, conclusions, and recommendation ("F, C & R") in the above-referenced case. His recommendation is that the decision of defendant, Michael J. Astrue, Commissioner of Social Security ("Commissioner"), that Epiphonio Arebalo is "not entitled to a period of disability or disability insurance benefits under the Social Security Act, 42 U.S.C. §§ 416(i) and 423,"[1] be reversed, and that this matter be remanded to Commissioner for further proceedings consistent with the F, C & R. Neither party filed objections. After a thorough review of the F, C & R, the entire record, and applicable authorities, the court has decided to adopt Judge Cureton's

---

[1] The quoted language is from the decision of the administrative law judge, Tr. at 18, which became the final decision of Commissioner, id. at 2.

findings and conclusions and to accept his recommendation. Therefore,

The court ORDERS that the decision of Commissioner be, and is hereby reversed, and that this matter be, and is hereby, remanded to Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the F, C & R.

SIGNED April 29, 2011.

_____
JOHN McBRYDE
United States District Judge